UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES LITTON MORRIS,

    Plaintiff,

v.    Case No. 3:22cv17426-LC-HTC

ESCAMBIA COUNTY BOARD OF COMMISSIONERS,
ESCAMBIA COUNTY JAIL,

    Defendants.

_____/

### ORDER

The magistrate judge issued a Report and Recommendation on September 12, 2022, (ECF No. 5), recommending dismissal based on Plaintiff being a three-striker and his failure to truthfully disclose his prior litigation. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE because Plaintiff is a three-striker under 28 U.S.C. § 1915(g) and, as malicious, because he failed to truthfully disclose his prior litigation history.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 18th day of October, 2022.

_s/L.A. Collier_
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**